Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

CHEVIOT REALTY CORPORATION, Respondent, v. SADIE KAPLAN et al., Defendants, and HAVEMEYER REALTY CORPORATION, Defendant-Appellant.—

No opinion. Hagarty, Johnston, Adel, Taylor and Lewis, JJ., concur.

CITY BANK FARMERS TRUST COMPANY, as Executor of PHILIP KIAMIE, Deceased, Respondent, v. FOUAD KIAMIE, Individually and as Executor of NAJEEB KIAMIE, Deceased, et al., Appellants.— No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

CITY BANK FARMERS TRUST COMPANY, as Executor of PHILIP KIAMIE, Deceased, Respondent, v. FOUAD KIAMIE, Individually and as Executor of NAJEEB KIAMIE, Deceased, Defendant, and ROSE K. SHAHEEN et al., Defendants-Appellants.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

HELEN EIFERT, as Administratrix of the Estate of JOHN EIFERT, Deceased, Respondent, v. BURKARD BUILDERS, INC., et al., Appellants, et al., Defendants.—

No opinion. Present — Hagarty, Johnston, Adel, Taylor and Lewis, JJ.

ELMONT CEMETERY, INC., Respondent, v. NORTHPRINCE BOULEVARD HOLDING Co., INC., et al., Defendants, and JERRIS REALTY CORPORATION, Defendant-Appellant.—

Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

FLEETWOOD BANK, Respondent, v. HENRY E. STOHLDREIER, Appellant, et al., Defendants.—

No opinion. Present — Hagarty, Johnston, Adel and Lewis, JJ.; Close, P. J., not voting.